

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2016

No. 04-15-00342-CV

**VILLA DIJON CONDOMINIUM ASSOCIATION, INC.**
and Implicity Management Company,
Appellants

v.

Mary **WINTERS** and Mila Cheatom,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03926
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

After we granted Appellees' first motion for extension of time to file the brief, Appellees' brief was due on May 25, 2016. *See* TEX. R. APP. P. 38.6(b), (d). On the due date, Appellees filed an unopposed second motion for an extension of time to file their brief until May 31, 2016. *See id.* R. 10.5(b). Appellees filed their brief on May 31, 2016.

Appellees' motion for extension of time is GRANTED. Appellees' brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court